Jacob A. Ronder, Respondent, v. Holt Secor and Irene Secor, Executor and Executrix, Respectively, of Charles A. Secor, Deceased, Appellants.— Judgment modified by reducing the amount the defendants are required to pay to plaintiff from the sum of $20,046.68 to $12,454.77, and as so modified affirmed, without costs to either party as against the other. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Elton Clark and Others, as Trustees, etc., Respondents, v. John H. Kirby and Others, Appellants, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ. [133 Misc. 229.]

The Charles Parker Company, Respondent, v. Bris-Bar Holding Company, Inc., Appellant, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that the defense set forth herein is sufficient to raise the defense of no consideration. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Morrill Realty Corporation, Appellant, v. Rayon Holding Corporation, Respondent.*— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch and McAvoy, JJ. [135 Misc. 845.]

United States Casualty Company, Respondent, v. Walter Kidde & Company, Inc., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of Mabel Potter Daggett, Deceased.— Decree affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.; Dowling, P. J., dissents.

Leonida Fudakowski, Appellant, v. George Ignace Florian Bernard Fudakowski, Respondent.— Judgment affirmed. No opinion. Present —Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.; Sherman, J., dissents.

William S. Livingston, 3rd, and Frances L. Dahlgren, Appellants, v. William Walter Livingston and Others, Respondents, Impleaded with Another. —Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

* Affd., 254 N. Y. 268.